WESTERN AND ATLANTIC RAILROAD COMPANY *v.* MAYNARD.

LUMPKIN, J.   1. This case was formerly before the Supreme Court. 139 *Ga.* 407 (77 S. E. 399). After a reversal, a second verdict was returned in favor of the plaintiff, and a new trial was refused by the presiding judge. The evidence was sufficient to support the verdict, and there was no error in the charges or omissions to charge of which complaint was made which will require a new trial.

2. This case is not controlled by the ruling in *Gainesville, Jefferson & Southern R. Co.* v. *Edmondson,* 101 *Ga.* 747 (29 S. E. 213), or *Southern Railway Co.* v. *Myers,* 108 *Ga.* 165 (33 S. E. 917). See, in this connection, *Southern Ry. Co.* v. *Williams,* 113 *Ga.* 335 (38 S. E. 744); *Southern Ry. Co.* v. *Thompson,* 129 *Ga.* 367 (3), 369 (58 S. E. 1044); *Southern Ry. Co.* v. *Elliott,* 129 *Ga.* 705, 708 (59 S. E. 786).

*Judgment affirmed. All the Justices concur, except Atkinson, J., absent.*
APRIL 23, 1914.

Action for damages.   Before Judge Fite.   Whitfield superior court.   August 2, 1913.

*Tye, Peeples & Jordan* and *Maddox, McCamy & Shumate,* for plaintiff in error.   *W. C. Martin* and *W. E. Mann,* contra.

---

ELLIS *et al. v.* ELLIS.

LUMPKIN, J.   The evidence authorized the verdict finding an undivided half interest in the land levied on subject to the execution. If it would have authorized a verdict subjecting the whole title or a greater undivided interest than one half, this finding furnishes no ground of complaint on behalf of the claimants.

*Judgment affirmed. All the Justices concur, except Atkinson, J., absent.*
APRIL 23, 1914.

Claim.   Before Judge Maddox.   Floyd superior court.   January 17, 1913.

*M. B. Eubanks,* for plaintiffs in error.

*E. S. Griffith, J. S. Edwards,* and *Maddox & Doyal,* contra.